UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOVANES JOHN ASHIKYAN, | ) | CASE NO. CV 10-4286-RGK (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| SHANNON R. CLOVER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:   July 29, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd