UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOVANES JOHN ASHIKYAN,<br><br>             Petitioner,<br><br>    v.<br><br>SHANNON R. CLOVER,<br><br>             Respondent. | CASE NO. CV 10-4286-RGK (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED:    February 7, 2011.

*[signature: Gary Klausner]*

    R. GARY KLAUSNER
    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Ashikyan v. Clover (CV 10-4286-RGK).Judgment.wpd